UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/4/2024__
```

SEAN A. CLARK,

          Plaintiff,

-against-

NYCHA, U.S. DEPARTMENT OF EDUCATION, COMMISSIONER OF SSA, COMMISSIONER OF OTDA/NYCDSS, DMV,

          Defendants.

23 Civ. 9798 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 6, 2023, Plaintiff, Sean Clark, filed this action against Defendants, New York City Housing Authority ("NYCHA"), U.S. Department of Education, Commissioner of Social Security Administration ("SSA"), Commissioner of Office of Temporary Disability Assistance ("OTDA")/Human Resource Administration/Department of Social Services ("DSS"), and the Department of Motor Vehicles ("DMV"). ECF No. 1.

    Because Plaintiff previously asserted materially similar claims against the DMV, the Commissioner of OTDA, the Commissioner of DSS, the Commissioner of SSA, and the Department of Education, *Clark v. DMV*, No. 22 Civ. 3086 (filed April 14, 2022), and the Honorable John G. Koeltl dismissed Plaintiff's claims against these defendants, the Court dismissed Plaintiff's claims, but granted Plaintiff 30 days' leave to replead his claims against NYCHA in an amended complaint. ECF No. 5.

    Plaintiff has not filed an amended complaint and his time to do so has expired. Accordingly, any pending motions are moot. All conferences are vacated. And the Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge